JOHN BEGG AND AGNES BEGG ABRAMS v. E. H. HOAG.

**No. 389.\***

PRACTICE, COURTS OF APPEALS—*Vacation of Order of Arrest.*  An order of the trial court vacating an order of arrest in a civil action, supported by competent evidence, will be regarded by an appellate court as a conclusive general finding in favor of the defendant as to the matter set forth in the affidavit for the order under which he was arrested.

Error from Harvey district court; F. L. MARTIN, judge.   Opinion filed November 14, 1898.   Affirmed.

*Bowman & Bucher*, for plaintiffs in error.
*B. H. Turner*, for defendant in error.

---

\*Petition for order to certify denied by supreme court January 7, 1899.—REP.

36—8 KAN. APP.

The opinion of the court was delivered by

MILTON, J.: The order of arrest under which the defendant in error was arrested in a civil action was vacated by the district court of Harvey county on motion of the defendant. Oral testimony was introduced at the hearing upon the motion. It appears from a careful examination of the record that the order of vacation is supported by competent evidence. It has, therefore, the force of a general finding in favor of the defendant as to all matters set forth in the affidavit for the order of arrest, and, as such, must be held conclusive in this court. (*Bixby v. Bailey*, 11 Kan. 359; *Winstead v. Standeford*, 21 id. 272.)

The order of the district court is affirmed.